CROWELL & MORING LLP
Kevin C. Mayer (CSB No. 118177)
Email: kmayer@crowell.com
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Andrew D. Kaplan (*Pro hac vice* application to be filed)
Email: akaplan@crowell.com
Rebecca B. Chaney (*Pro hac vice* application to be filed)
Email: rchaney@crowell.com
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

*Attorneys for Defendants Cordis Corporation and Cardinal Health, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONALD SMALL, et al.,<br><br>             Plaintiffs,<br><br>   v.<br><br>CORDIS CORPORATION, et al.,<br><br>             Defendants. | Case No. 4:17-cv-00881-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO POSTPONE CASE MANAGEMENT DEADLINES** |

1     WHEREAS, on consideration of the parties' Joint Stipulation to Postpone Case
2 Management Deadlines, and for good cause shown, the Court hereby postpones all pending
3 federal court case management deadlines in this action until resolution of the administrative
4 motion in this case.

6     PURSUANT TO STIPULATION, IT IS SO ORDERED

8 Dated: May 24, 2017

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

[PROPOSED] ORDER GRANTING JOINT STIPULATION
TO POSTPONE CASE MANAGEMENT DEADLINES;
CASE NO. 4:17-CV-00881-HSG